

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2020

No. 04-19-00799-CV

**IN THE INTEREST OF B.R.W.,** a Child,

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-11037
Honorable Mary Lou Alvarez, Judge Presiding

# O R D E R

Appellant, representing himself, filed a brief on February 10, 2020. On February 21, 2020, this court struck Appellant's brief. We ordered Appellant to file an amended brief that complies with our February 21, 2020 order and all applicable rules by March 2, 2020.

On the due date, Appellant filed a motion for a twenty-day extension of time to file an amended brief.

Appellant's motion is GRANTED. Appellant's amended brief is due on March 23, 2020.

We remind Appellant that **the amended brief must correct all the violations listed in our February 21, 2020 order and fully comply with the applicable rules.** *See, e.g.*, *id.* R. 9.4, 9.5, 38.1. If the amended brief does not comply with this order and our February 21, 2020 order, we "may strike the brief, prohibit [Appellant] from filing another, and proceed as if [Appellant] had failed to file a brief." *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss an appeal if an appellant fails to timely file a brief).

If Appellant timely files a brief that complies with our orders, Appellee's brief will be due thirty days after Appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of March, 2020.



MICHAEL A. CRUZ,
Clerk of Court